IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-1153-JLK**

**YOON BOON LEE**,

        Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation**,

        Defendant.

---

## ORDER APPOINTING SPECIAL MASTER

Kane, J.

Pursuant to Rule 53(b), F.R.Civ.P., and with all respect to the candidates identified in the submissions of the parties, I APPOINT **Shelley B. Don, Esq.**, to serve as Special Master in this action to conduct an *in camera* review of the documents that are the subject of Lee's September 19, 2005 Motion to Compel (Doc. # 204). Mr. Don's address is 1737 Gaylord Street, Denver, CO 80206, telephone # 303-572-1668.

The parties shall have ten days from today's date within which to file any challenge to the selection of Mr. Don for cause. Pursuant to his appointment, the Special Master is authorized to review claims of privilege, attorney work product and to make findings and recommendations to the Court in accordance with Fed. R. Civ. P. 53(f). The Special Master shall include in his findings and recommendation consideration of all applicable rules of professional responsibility adopted by this Court. His findings and recommendations will be reviewable by this court under the clearly erroneous standard

set forth in Fed. R. Civ. P. 53(g).

In accordance with Rule 53(c), the Special Master shall have all powers, without limitation, expressed and implied therein, as necessary to perform the duties set forth in this Order.  In amplification, but not as restrictions of those powers, the Special Master is fully authorized to require discovery proceedings to take place in or out of his presence at such times, places and conditions as he alone deems appropriate.  He shall maintain accurate contemporaneous records of his time and expenses expended in pursuit of the duties of this appointment and shall be compensated at a reasonable hourly rate and reimbursed for reasonable expenses in amounts and apportioned among the parties in the manner he shall determine and submit to me for approval.  He shall base that apportionment on the conduct of counsel and the parties, both past and henceforth, in either facilitating or obstructing prompt and efficient discovery in this case. The Special Master shall file such interim reports with the court as he deems appropriate and may request further direction and authority as the unfolding circumstances suggest to him.

Dated this 20th day of January, 2005.

BY THE COURT:

s/**John L. Kane**
Senior U.S District Judge