IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 02-cv-1153-JLK-PAC

YOON BOON LEE,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

Defendant.

_____

**ORDER**
_____

This matter is before the Special Master pursuant to Judge Kane's Orders of January 20, 2006 and February 13, 2006. After reviewing Plaintiff's Motion For Order Compelling Discovery, Defendant's Response To Plaintiff's Motion For Order Compelling Discovery and Plaintiff's Reply To The Defendant's Response To The Motion For Order Compelling Discovery, and the various exhibits to the briefing, the Special Master finds that additional information and documents need to be provided to the Special Master.

Defendant shall resubmit to the Special Master:

A.  Its 58 page Attorney/Client and Work Product Privilege Log (hereinafter "Log")[1], both in hard copy and on disc in Word Perfect, with each entry (i.e. row) numbered consecutively;

B.  DEFENDANT STATE FARM'S RESPONSES TO PLAINTIFF YOON BOON LEE'S SUPPLEMENTAL REQUEST FOR ADMISSIONS AND REQUESTS FOR

---

[1] This document is attached to PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY as *Exhibit 2*.

PRODUCTION OF DOCUMENTS, dated August 19, 2005, both in hard copy and on disc in Word Perfect. Defendant shall incorporate into the re-submission, at the end of each of Defendant's Responses, a highlighted reference to the Log indicating, by entry number (see A. above), where the referenced documents are listed on the Log.

A copy of both re-submitted documents will be provided to the Plaintiff.

Additionally, Defendant shall provide to the Special Master a complete and unexpurgated copy of each and every item listed on its Log, ensuring that every page is bates numbered. The documents are to be provided in the order in which they appear on the Log. Defendants are also directed to provide the intervening bates numbered pages not listed on the privilege log. (For example, entry no. 1 on the Log lists bates numbers 0001-0002. Entry no. 2 on the Log lists bates numbers 0012-0070. Defendant shall provide the documents/pages bates numbered 0003 through 0011). In order to conserve resources and clarify the task, the copies of documents provided to the Special Master to which claims of privilege are not attached shall be provided on yellow paper.

Defendant shall provide the Special Master with all items requested of the Defendant within 14 days of this Order.

Defendants are advised that the Special Master may choose to review some of the documents in their original form. Defendants should ensure that the original documents, in their entirety, are kept in order and available to the Special Master.

Ordered this 10th day of March, 2006.

s/ Shelley B. Don
Shelley B. Don
Special Master

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2006, a true and correct copy of the foregoing **ORDER** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

W. Randolph Barnhart
Angela L. Ekker
BARNHART, EKKER & MCNALLY, LLP
7887 E. Belleview, #1200
Englewood, CO 80111
Telephone: (303) 793-0700
FAX: (303) 793-1950
Email: rbarnhart@bemllp.com
Email: aekker@bemllp.com
*Attorneys for Plaintiff*

Alfred Frank Paoli, Jr.
PAOLI & BROWN, P.C.
120 West Callendar Street
Livingston, Montana 59047
Telephone: (406) 444-4420
FAX: (406) 222-1032
foaiku@bridgeband.com
*Attorneys for Plaintiff*

Richard Michael Kaudy
The Law Office of Richard M. Kaudy
1424 Larimer Street, Suite 301
Denver, CO 80202
Telephone: (303) 623-1885
FAX: (303) 623-1825
Email: rkaudy@kaudylaw.com
*Attorney for Plaintiff*

Jon F. Sands
Kimberle E. O'Brien
FISCHER, SWEETBAUM & LEVIN, P.C.
400 S. Colorado Blvd., Suite 900
Denver, CO 80246
Telephone: (303) 296-337
FAX: (303) 296-7343
Email: jsands@fslpc.com
Email: kobrien@fslpc.com
*Attorneys for Defendant*

Joseph F. Nistico, Jr.
NISTICO & CROUTCH, P.C.
5847 San Filipe, #3250
Houston, TX 77057
Email: jnistico@nisticocrouch.com
*Attorneys for Defendant*

Clerk of the United States District Court
For the District of Colorado
1929 Stout Street
Denver, CO 80294

                                        s/Roberta Glaser
                                        Roberta Glaser
                                        DON, GALLEHER & SALIMAN, P.C.