IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 02-cv-1153-JLK-PAC

YOON BOON LEE,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

Defendant.

_____

**ORDER NO. 2**
_____

This matter is before the Special Master pursuant to Judge Kane's Orders of January 20, 2006 and February 13, 2006. The Special Master finds that additional information and documents need to be provided to the Special Master.

Plaintiff shall submit to the Special Master:

    A.    Copy of the Deposition of Steve Baird Volume I, dated November 12, 2002 and Volume II, dated December 19, 2002, both in hard copy and on disc in Word Perfect.

    B.    Copy of the Deposition of Gary T. Fye, dated January 27, 2003, both in hard copy and on disc in Word Perfect.

    C.    Copy of the Deposition of John Rodman Volume I, dated November 18, 2002 and Volume II, dated December 18, 2002, both in hard copy and on disc in Word Perfect.

    D.    Copy of the Deposition of Richard Kaudy, dated July 18, 2005, both in hard copy and on disc in Word Perfect.

    E.    Copy of the Deposition of Richard W. Laugesen, dated November 27, 2002, both in

hard copy and on disc in Word Perfect.

Plaintiff shall provide the Special Master with all items requested of the Plaintiff as soon as possible, but no later than Friday, June 16, 2006.

Ordered this 9th day of June, 2006.

s/ Shelley B. Don
Shelley B. Don
Special Master

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 9th day of June, 2006, a true and correct copy of the foregoing **ORDER NO. 2** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

W. Randolph Barnhart
Angela L. Ekker
BARNHART, EKKER & MCNALLY, LLP
7887 E. Belleview, #1200
Englewood, CO 80111
Telephone: (303) 793-0700
FAX: (303) 793-1950
Email: rbarnhart@bemllp.com
Email: aekker@bemllp.com
*Attorneys for Plaintiff*

Alfred Frank Paoli, Jr.
PAOLI & BROWN, P.C.
120 West Callendar Street
Livingston, Montana 59047
Telephone: (406) 444-4420
FAX: (406) 222-1032
foaiku@bridgeband.com
*Attorneys for Plaintiff*

Richard Michael Kaudy
The Law Office of Richard M. Kaudy
1424 Larimer Street, Suite 301
Denver, CO 80202
Telephone: (303) 623-1885
FAX: (303) 623-1825
Email: rkaudy@kaudylaw.com
*Attorney for Plaintiff*

Jon F. Sands
Kimberle E. O'Brien
FISCHER, SWEETBAUM & LEVIN, P.C.
400 S. Colorado Blvd., Suite 900
Denver, CO 80246
Telephone: (303) 296-337
FAX: (303) 296-7343
Email: jsands@fslpc.com
Email: kobrien@fslpc.com
*Attorneys for Defendant*

Joseph F. Nistico, Jr.
NISTICO & CROUTCH, P.C.
5847 San Filipe, #3250
Houston, TX 77057
Email: jnistico@nisticocrouch.com
*Attorneys for Defendant*

Clerk of the United States District Court
For the District of Colorado
1929 Stout Street
Denver, CO 80294

                                              s/Roberta Glaser
                                              Roberta Glaser
                                              DON, GALLEHER & SALIMAN, P.C.