IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 02-cv-1153-JLK-PAC

YOON BOON LEE,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

Defendant.

---

# ORDER NO. 3

---

This matter is before the Special Master pursuant to Judge Kane's Orders of January 20, 2006 and February 13, 2006. The Special Master finds that additional information and documents need to be provided to the Special Master.

Plaintiff shall submit to the Special Master:

A.  Larry Thornes's depositions dated November 20, 2002, Volume 1 and Volume 2, both in hard copy and via e-mail. Further if available, in electronic format, that should also be provided to the Special Master.

Plaintiff shall provide the Special Master with all items requested of the Plaintiff as soon as possible, but no later than Wednesday, November 1, 2006.

Ordered this 31st day of October, 2006.

s/ Shelley B. Don
Shelley B. Don
Special Master

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of October, 2006, a true and correct copy of the foregoing **ORDER NO. 3** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

W. Randolph Barnhart
Angela L. Ekker
BARNHART, EKKER & MCNALLY, LLP
7887 E. Belleview, #1200
Englewood, CO 80111
Telephone: (303) 793-0700
FAX: (303) 793-1950
Email: rbarnhart@bemllp.com
Email: aekker@bemllp.com
*Attorneys for Plaintiff*

Alfred Frank Paoli, Jr.
PAOLI & BROWN, P.C.
120 West Callendar Street
Livingston, Montana 59047
Telephone: (406) 444-4420
FAX: (406) 222-1032
foaiku@bridgeband.com
*Attorneys for Plaintiff*

Richard Michael Kaudy
The Law Office of Richard M. Kaudy
1424 Larimer Street, Suite 301
Denver, CO 80202
Telephone: (303) 623-1885
FAX: (303) 623-1825
Email: rkaudy@kaudylaw.com
*Attorney for Plaintiff*

Jon F. Sands
Kimberle E. O'Brien
FISCHER, SWEETBAUM & LEVIN, P.C.
400 S. Colorado Blvd., Suite 900
Denver, CO 80246
Telephone: (303) 296-337
FAX: (303) 296-7343
Email: jsands@fslpc.com
Email: kobrien@fslpc.com
*Attorneys for Defendant*

Joseph F. Nistico, Jr.
NISTICO & CROUTCH, P.C.
5847 San Filipe, #3250
Houston, TX 77057
Email: jnistico@nisticocrouch.com
*Attorneys for Defendant*

Clerk of the United States District Court
For the District of Colorado
1929 Stout Street
Denver, CO 80294

                                      s/Roberta Glaser
                                      Roberta Glaser
                                      DON, GALLEHER & SALIMAN, P.C.