IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 02-cv-1153-JLK-PAC

YOON BOON LEE,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

Defendant.

---

**SPECIAL MASTER'S INTERIM STATUS REPORT**

---

Pursuant to the Court's Order dated January 9, 2007, the Special Master hereby submits his Interim Status Report, and states the following:

1. The Special Master has reviewed the Attorney/Client and Work Product Privilege Log and all documents listed therein as well as all non-privileged documents. The Special Master has also reviewed the depositions of Steven Baird, Gary Fye, John Rodman, Richard Kaudy, Richard Laugeson and Larry Thorne, along with the deposition exhibits, as well as substantial portions of the record including pleadings, orders and briefs of the parties. Additionally, the Special Master has researched issues relating to the Court's order of reference, including privilege, attorney work product and applicable rules of professional responsibility.

2. The Special Master is currently working on a draft of an opinion as a basis for recommendations related to the ordered in camera review of documents resulting from Plaintiff Lee's September 19, 2005 Motion to Compel.

DATED this 25th day of January, 2007.

s/ Shelley B. Don
Shelley B. Don
DON, GALLEHER & SALIMAN, PC
1737 Gaylord Street
Denver, CO 80206
(303) 572-1668
Fax: (303) 572-0900
dhg@dhglaw.com
Special Master

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2007, a true and correct copy of the foregoing **SPECIAL MASTER'S INTERIM STATUS REPORT** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

W. Randolph Barnhart
Angela L. Ekker
BARNHART, EKKER & MCNALLY, LLP
7887 E. Belleview, #1200
Englewood, CO 80111
Telephone: (303) 793-0700
FAX: (303) 793-1950
Email: rbarnhart@bemllp.com
Email: aekker@bemllp.com
*Attorneys for Plaintiff*

Alfred Frank Paoli, Jr.
PAOLI & BROWN, P.C.
120 West Callendar Street
Livingston, Montana 59047
Telephone: (406) 444-4420
FAX: (406) 222-1032
foaiku@bridgeband.com
*Attorneys for Plaintiff*

Richard Michael Kaudy
The Law Office of Richard M. Kaudy
1424 Larimer Street, Suite 301
Denver, CO 80202
Telephone: (303) 623-1885
FAX: (303) 623-1825
Email: rkaudy@kaudylaw.com
*Attorney for Plaintiff*

Jon F. Sands
Kimberle E. O'Brien
FISCHER, SWEETBAUM & LEVIN, P.C.
400 S. Colorado Blvd., Suite 900
Denver, CO 80246
Telephone: (303) 296-337
FAX: (303) 296-7343
Email: jsands@fslpc.com
Email: kobrien@fslpc.com
*Attorneys for Defendant*

Joseph F. Nistico, Jr.
NISTICO & CROUTCH, P.C.
5847 San Filipe, #3250
Houston, TX 77057
Email: jnistico@nisticocrouch.com
*Attorneys for Defendant*

s/Roberta Glaser
Roberta Glaser
DON, GALLEHER & SALIMAN, P.C.