IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-1153-JLK**

**YOON BOON LEE**,

       Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation**,

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Leave to File Reply in Support of State Farm's Opposition to the Special Master's Report and Recommendation (doc. #237), filed July 25, 2007, is GRANTED.

Dated: July 31, 2007