IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-1153-JLK**

**YOON BOON LEE**,

      Plaintiff,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation**,

      Defendant.

## ORDER APPROVING SPECIAL MASTER'S FEES AND COSTS

Kane, J.

This matter is before the court on the Special Master's submission of fees and costs. No objection having been received, the fees and costs are approved as submitted in the total amount of **$64,591.46**.

Dated this 1st day of December, 2008.

                              BY THE COURT:

                              *s/John L. Kane*
                              John L. Kane, Senior Judge
                              United States District Court