IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-1153-JLK

YOON BOON LEE,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, an Illinois
corporation,

        Defendant.

**ORDER APPROVING THE ESTABLISHMENT OF THE LEE
QUALIFIED SETTLEMENT FUND**

        This Matter is before the Court on the Petitioner's Petition to Approve the Establishment of the Lee Qualified Settlement Fund. The Court, having reviewed the Petition, of the parties, and having heard the argument of the parties, hereby orders, adjudges, and decrees as follows:

        1.    The Court approves the establishment of the Lee Qualified Settlement Fund attached as Exhibit 1 to this Order. The terms of the Fund shall be carried out forthwith and the Fund shall be governed by the provisions of the regulations that accompany section 468B of Title 26 of the United States Code.

        2.    The Court orders that pursuant to the binding settlement agreement entered into between the parties the Defendant State Farm shall transfer forthwith the sum of $1,250,000.00 to the Lee Qualified Settlement Fund and that these sums be immediately invested in an interest bearing account. The Court shall have continuing jurisdiction of the Fund, however distributions may be made without Court approval.

        3.    The Court notes that the Defendant State Farm wants assurance that the contribution set forth above results in a full and complete release of the Defendant State Farm

from any further liability in this matter.  The Court therefore orders that upon receipt by Golden Fiduciary Services, the Trustee of the Lee Qualified Settlement Fund, of the sum of $1,250,000.00 from State Farm, the releases executed by the Plaintiffs shall be incorporated in this Order as if fully set forth herein.  In addition, and without limiting the application of the terms of that release, the Court orders that, upon receipt by Golden Fiduciary Services, the Trustee of the Lee Qualified Settlement Fund of the sum of $1,250,000.00 from State Farm, the Defendant State Farm shall be fully and completely released.  Such full and complete release shall include all matters arising after such receipt including, but not limited to, the investment, management, and treatment of such lump-sum payments by the Trustee as well as any liability arising out of any structured settlements that may be entered into among the Trustee and one or more of the Plaintiffs and/or their counsel.

DATED THIS 13th  day of January, 2009

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court

Submitted by:

By: s/Angela L. Ekker
    Angela L. Ekker
    BARNHART, EKKER & MCNALLY, LLP
    7887 E. Belleview, #1200
    Englewood, Colorado  80111
    Telephone:  (303) 793-0700
    Fax:  (303) 793-1950
    E-mail:  **aekker@bemllp.com**

    Fred Paoli, Jr., Esq.
    Bogue & Paoli, LLC
    1401 17th Street, #320
    Denver, CO 80202
    (303) 382-1990
    (303) 382-1982 (fax)
    E-mail: **fpaoli@bridgeband.com**

*Attorneys for Plaintiff*